UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1088
_____

ANDREW DUONG,

                         Appellant

v.

BENIHANA NATIONAL CORPORATION;
JOHN DOE(S)

_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. No. 1-18-cv-15590)
District Judge: Honorable Noel L. Hillman
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
April 14, 2022

Before: AMBRO, JORDAN, and SCIRICA, *Circuit Judges*
_____

**JUDGMENT**
_____

     This cause came to be considered on the record from the District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on April 14, 2022. On consideration whereof,

It is now hereby **ORDERED** and **ADJUDGED** that the Orders of the District Court entered on September 10, 2020 and January 13, 2021, are hereby **AFFIRMED**. All of the above in accordance with the opinion of this Court. Costs to be borne by Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATE: April 15, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** May 9, 2022

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**